United States District Court
Southern District of Texas

**ENTERED**

March 23, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| EDWIN SEBASTIAN GUANOQUIZA TOAQUIZA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00376 |
| TINA ALBA, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

Pending before the Court is Petitioner Edwin Sebastian Guanoquiza Toaquiza's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) On March 12, 2026, Petitioner was transferred from the LaSalle County Regional Detention Center in Encinal, Texas, to the South Texas ICE Processing Center in Pearsall, Texas which is located outside of the Court's jurisdiction. *See* 28 U.S.C. § 124; (Dkt. 10 at 2, Attach. 1.) That same day, Petitioner filed his habeas petition before the Court. (Dkt. 1.) Petitioner states that his transfer outside of the Court's jurisdiction occurred after the petition was filed with the Court, and thus, the Court's jurisdiction over his claims is unaffected by the transfer. *See Ex Parte Endo*, 323 U.S. 283, 304–05 (1944); (Dkt. 11 at 1 n.1.).

Accordingly, Respondents are hereby **ORDERED** to submit an advisory to the Court on or before **March 25, 2026**, indicating their position as to whether Petitioner's transfer occurred before or after the habeas petition, (Dkt. 1), was filed with the Court.

IT IS SO ORDERED.

SIGNED this March 23, 2026.

Diana Saldaña
United States District Judge