United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| EDWIN SEBASTIAN GUANOQUIZA TOAQUIZA, | § § § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00376 |
| TINA ALBA, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Petitioner Edwin Sebastian Guanoquiza Toaquiza's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) On March 25, 2026, Respondents filed an advisory, (Dkt. 13), in response to the Court's Order dated March 23, 2026, (Dkt. 12), confirming that Petitioner's transfer to a facility outside of the Court's jurisdiction occurred after his habeas petition, (Dkt. 1), was filed with the Court. As such, the Court retains jurisdiction over Petitioner's claims. *See Ex Parte Endo*, 323 U.S. 283, 304–05 (1944). Respondents also advised the Court that on March 23, 2026, an Immigration Judge (IJ) entered an order in Petitioner's removal case granting voluntary departure under safeguards. (Dkt. 13 at 1, Attach. 1.) Furthermore, in compliance with the Court's previous order requiring Respondents to notify the Court of any anticipated or planned transfer or removal of the Petitioner at least five days in advance, (Dkt. 4 at 2), Respondents filed an additional advisory indicating DHS's intent to effectuate the voluntary departure no earlier than five days from the date of the advisory. (Dkt. 14.) In response, Petitioner filed a notice in which he states his opposition to the voluntary departure under safeguards ordered by the IJ. (Dkt. 15.)

1 / 2

Accordingly, the Parties are hereby **ORDERED** to submit additional briefing on or before **April 1, 2026**, as to what effect, if any, the IJ's order providing for voluntary departure with safeguards has on Petitioner's claims before the Court particularly in light of *Matter of M-A-S-*, 24 I&N Dec. 762 (BIA 2009).

IT IS SO ORDERED.

SIGNED this March 27, 2026.

Diana Saldaña
United States District Judge